G. P. PUBLICATIONS, INC. v. QUEBECOR PRINTING—ST. PAUL, INC.

No. 123P97

Case below: 125 N.C.App. 424

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

GRIFFIN v. GRIFFIN

No. 276PA97

Case below: 126 N.C.App. 224

Petition by third party defendants (Michael Griffin, et al) for discretionary review pursuant to G.S. 7A-31 allowed 23 July 1997 as to the issue dealing with the sufficiency of notice given about the hearing on sanctions; as to all other issues denied. Motion by defendants (Jo and David Bullock) to dismiss appeal for lack of substantial constitutional question denied 23 July 1997.

HEDRICK v. PPG INDUSTRIES

No. 286P97

Case below: 126 N.C.App. 354

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

HELBEIN v. SOUTHERN METALS CO.

No. 264P97

Case below: 126 N.C.App. 224

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

HUANG v. WILLIS

No. 302P97

Case below: 126 N.C.App. 632

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.